(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
Sep 15 2025
Clerk, U.S. District Court
Western District of Texas

BY: ___MG___
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) CESAR EDUARDO COLIN-RODRIGUEZ**

Defendant.

CASE NUMBER: EP:25-M-05161(1) **ATB**

## JUDGMENT IN A CRIMINAL CASE
Short Form

The defendant, Cesar Eduardo Colin-Rodriguez, was represented by counsel, Eric David Meza.

The defendant pled guilty to the complaint on September 15, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 50 USC 797 | Prohibits Willful Violation of Defense Property Securtiy Regulation | 09/14/2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 09/14/2025 |
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 09/14/2025 |

As pronounced on September 15, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served + (1) one business day**. The defendant shall remain in custody pending service of sentence.

The special assessments imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect these assessments are not likely to be effective.

Signed on this the 15th day of September, 2025.

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE